IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-302-CV





JAMES E. GOODBREAD, INDIVIDUALLY AND IN HIS CAPACITY


AS NEW BRAUNFELS CITY COUNCILMEMBER,



 APPELLANT


vs.





STATE OF TEXAS ON THE RELATION OF PETER S. LINGAMFELTER,



 APPELLEE



 




FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT



NO. C93-318A, HONORABLE B. B. SCHRAUB, JUDGE PRESIDING



 




PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: January 5, 1994

Do Not Publish